UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.J., et al.,<br><br>                Plaintiffs,<br><br>  -against-<br><br>NEW YORK DEPARTMENT OF EDUCATION, et al.,<br><br>                Defendants. | 24-CV-00318 (AS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       As per my Order dated May 10, 2024, (ECF 13) a joint status letter from the parties was due on June 8, 2024. Defendants requested an extension of time to file an Answer and a joint letter until June 8, 2024 (ECF 11), which was granted (ECF 13). The parties have not updated the Court with a joint status letter regarding settlement discussions.

       I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **tomorrow, June 12, 2024**.

DATED:  June 11, 2024
            New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge